No. 378. P. LORILLARD & Co. *v.* UNITED STATES. October 16, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. James L. Gerry* and *Marvin Farrington* for petitioner. *Solicitor General Biggs* and

*Assistant Attorney General Wideman* for the United States.

